**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1019**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

FRED A. LOTFIAN,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-1835-PJM)

_____

Submitted:  May 16, 2002              Decided:  May 22, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Fred A. Lotfian, Appellant Pro Se. Lynne Ann Battaglia, Tamera Lynn
Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fred A. Lotfian appeals from the district court's order entering judgment in favor of the United States in its action to recover amounts due on a promissory note executed in connection with a student loan. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lotfian, No. CA-00-1835-PJM (D. Md. filed Dec. 7, 2001 & entered Dec. 10, 2001). We deny as moot the Government's motion to require Lotfian to serve his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2